

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF | § | No. 08-15-00250-CV |
|  | § | Appeal from |
|  | § | 65th District Court |
| V.L.R., A CHILD. | § | of El Paso County, Texas |
|  | § | (TC # 2014DCM5350) |

**J U D G M E N T**

This Court has considered this cause on the record and concludes that there was error in the judgment. We therefore reverse the judgment of the court below and render judgment denying the petition for termination of S.H.R.'s parental rights. We further order that the Appellant recover from Appellee all costs, both in this Court and the court below, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF NOVEMBER, 2015.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.